

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*LaRai Everett*  
*Assistant United States Attorney*  
*LaRai.Everett@usdoj.gov*

*Suite 400*  
*36 S. Charles Street*  
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4869*  
*MAIN: 410-209-4800*  
*FAX: 410-962-0717*

February 15, 2021

The Honorable George Russell  
U.S. District Court Judge  
U.S. District Courthouse  
101 West Lombard Street  
Baltimore, MD 21201

      Re:   United States v. Alvin Hardesty, et al.  
              GLR-19-0583

Dear Judge Russell:

    I write to provide an update in the above-captioned case. A status letter was last provided on December 14, 2020, and the Court ordered another status report update on today's date. The Government and defense counsel, Mr. Miller, are actively communicating about this case and working towards a resolution.

    Recently, the Government provided an audio recording in late January 2021 but Mr. Miller had some technical difficulty listening to the recording. The Government resolved the issue and provided a different version of the audio recording. Mr. Miller still needs additional time to meet with his client about the recent disclosure. The Government believes that the defendant now has all the discovery requested.

    At this time, none of the parties are requesting a scheduling order. In light of the recent discovery disclosure and the current pandemic, both parties agree that an additional 45 – 60 days to continue to negotiate the case is appropriate. Additionally, the Government shall file a Consent Motion to Toll the Speedy Trial Clock.

    If you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

Jonathan F. Lenzner  
Acting United States Attorney

By: *LaRai Everett*  
     LaRai Everett  
     Assistant United States Attorney

Filed ECF: February 15, 2021